# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

N.L. by and through her Guardian Ad Litem, Yvonne Rutherford
  Plaintiff (s),

V.

Oakland Unified School District
  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C13-0488

Notice is hereby given that, subject to approval by the court, __N.L. & Guad'n Ad Litem Y. Rutherford__ substitutes
(Party (s) Name)

__Mandy G. Leigh__ , State Bar No. __225748__ as counsel of record in
(Name of New Attorney)

place of __LaJoyce L. Porter__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name: Leigh Law Group
  Address: 870 Market Street, Suite 1157
  Telephone: 415-399-9155   Facsimile 415-795-3733
  E-Mail (Optional): mleigh@leighlawgroup.com

I consent to the above substitution.
Date: 05/02/2013                /s Yvonne Rutherford
                                (Signature of Party (s))

I consent to being substituted.
Date: 05/02/2013                /s LaJoyce Porter
                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 05/02/2013                /s Mandy Leigh
                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 10, 2013             [signature]
                                Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**