**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

N.L., through her parent Y. RUTHERFORD

Plainitff,

v.

OAKLAND UNIFIED SCHOOL DISTRICT,

Defendant.

No. C 13-0488 RS

**ORDER DENYING REQUEST TO FILE SURREPLY**

_____

Pursuant to Northern District Civil Local Rule 7-3(d), "[o]nce a reply is filed, no additional memoranda, papers or letter may be filed without prior Court approval." Defendant Oakland Unified School District filed a letter with the court requesting the opportunity to file a surreply to plaintiff's reply brief, because defendant "believes Plaintiff has regularly misstated and misrepresented the holdings of the authorities cited therein." Dkt. 34. Plaintiff, properly construing defendant's letter as a motion for administrative relief under Civil Local Rule 7-11, filed an opposition as permitted by that rule. *See* Dkt. 35. The request to file a surreply is denied.

IT IS SO ORDERED.

Dated: 7/31/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE