**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| N.L., through her parent Y. RUTHERFORD,<br><br>          Plainitff,<br><br>     v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>          Defendant.<br>_____ | No. C 13-0488 RS<br><br>**ORDER DENYING REQUEST TO FILE SURREPLY** |

Pursuant to Northern District Civil Local Rule 7-3(d), "[o]nce a reply is filed, no additional memoranda, papers or letter may be filed without prior Court approval." Defendant Oakland Unified School District filed a letter with the court requesting the opportunity to file a surreply to plaintiff's reply brief, because defendant "believes Plaintiff has regularly misstated and misrepresented the holdings of the authorities cited therein." Dkt. 34. Plaintiff, properly construing defendant's letter as a motion for administrative relief under Civil Local Rule 7-11, filed an opposition as permitted by that rule. *See* Dkt. 35. The request to file a surreply is denied.

IT IS SO ORDERED.

Dated: 7/31/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE