Mandy G. Leigh #225748
Jay Jambeck SBN #226018
Sarah J. Fairchild SBN #238469
LEIGH LAW GROUP
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:     415-399-9155
Facsimile:      415-795-3733
Email: mleigh@leighlawgroup.com

*Attorneys for N.L. by and through her guardian ad litem Y. Rutherford*

Lenore Silverman, SBN 146112
David Mishook, SBN 273555
FAGEN FRIEDMAN & FULFROST
70 Washington Street, Suite 205
Oakland, CA 94607-3795
Direct:  (510) 550-8239
Main Phone:  (510) 550-8200
Main Fax:  (510) 550-8211

*Attorneys for OUSD*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| N.L. and through her Guardian Ad Litem Y. RUTHERFORD<br><br>    Plaintiff<br><br>  v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT<br><br>    Defendant | **Case No.  C 13-00488 RS**<br><br>**STIPULATION AND [~~PROPOSED~~]** ORDER TO VACATE HEARING DATE |

CIVIL ACTION NO.: C 13-00488
STIPULATION AND **[~~PROPOSED~~]** ORDER TO VACATE HEARING DATE

1

SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. On July 31, 2013 the Clerk of the Court continued the hearing dates for the Motion to Enforce Judgment (previously set for August 15, 2013) and the Motion for Judgment on the Pleadings (previously set for August 29, 2013);

2. The parties used this time to continue settlement negotiations;

3. On or about September 20th 2013 the parties signed a settlement agreement document in order to settle their matter entirely;

4. California law requires Defendant's Governing Board to approve or ratify the settlement for the settlement agreement to be final;

5. In light of the pending settlement the parties agree to stipulate to vacate the September 26, hearing on the Motion to Enforce Judgment and Motion for Judgment on the Pleadings;

6. The parties agree that the motions can be re-filed if the settlement is not approved or ratified by the Governing Board;

7. The parties request and stipulate to the hearings scheduled for September to be taken off calendar at this time.

//
//
//
//
//
//
//
//

CIVIL ACTION NO.: C 13-00488
STIPULATION AND **[PROPOSED]** ORDER TO VACATE HEARING DATE

2

AGREED TO BY:

DATED: September 23, 2013

LEIGH LAW GROUP

/s/ Mandy G. Leigh
Attorneys for Plaintiff


DATED: September 23, 2013

/s/ David R. Mishook
David R. Mishook
Attorney for OUSD, Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| N.L. and through her Guardian Ad Litem Y. RUTHERFORD<br><br>    Plaintiff<br><br>  v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT<br><br>    Defendant | Case No.  C 13-00488 RS<br><br>[~~PROPOSED~~] ORDER TO VACATE HEARING DATE |

GOOD CAUSE appearing from the above stipulation of the parties, IT IS SO ORDERED:

the date to hear the Motion for Judgment on the Pleadings and Motion to Enforce Judgment

(currently set to be heard September 26th 2013) will be vacated.

//

**IT IS SO ORDERED.**

DATED:  9/23/13

_____
HONORABLE JUDGE R.SEEBORG
U.S. DISTRICT COURT

00319-00139/497701.1

CIVIL ACTION NO.: C 13-00488
STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE HEARING DATE

4