IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

N.L., YVONNE RUTHERFORD,  No. C 13-00488 RS

       Plaintiffs,  **STANDBY ORDER OF DISMISSAL**

  v.

OAKLAND UNIFIED SCHOOL DISTRICT,

       Defendants.
_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **January 13, 2014**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 16, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 12/12/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE