|   |   |
|---|---|
| N.L. and through her parent Y. Rutherford<br><br>        Plaintiff<br><br>   v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT<br><br>        Defendant | Case No.  C 13-00488 RS<br><br>~~PROPOSED~~ **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |

The Plaintiff's request to dismiss the above-noted action pursuant to settlement is hereby GRANTED.

IT IS SO ORDERED.

DATE: 1/13/14

_____
Honorable Richard Seeborg